ANDRE BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ
Assistant United States Attorney
California State Bar No. 155560
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7349
    Facsimile: (213) 894-7819
    Email: julie.zatz@usdoj.gov

Attorneys for Federal Defendant
United States Postal Service

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOURDES TAPIA; ONEY ROJAS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES POSTAL SERVICE; JOHN DOE, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: CV 12-01624 FMO (SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiffs' action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees; and

DATED: September 16, 2013

                                                   /s/
                         HON. FERNANDO M. OLGUIN
                         UNITED STATES DISTRICT JUDGE